**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

July 29, 2025

Patrick Cannon Valencia
ATTORNEY GENERAL'S OFFICE
Hoover Building
1305 E. Walnut Street
Des Moines, IA 50319-0001

RE: 25-2494 Iowa Assoc. of Business and Industry, et al v. Iowa Insurance Commissioner

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Susan E. Bindler
Clerk of Court

CBO

Enclosure(s)

cc: DeMario M. Carswell
Clerk, U.S. District Court, Southern Iowa
Ryan Gene Koopmans
Kelli M Mulcahy
Joanne Roskey
Anthony F. Shelley
Eric H. Wessan

District Court/Agency Case Number(s): 4:25-cv-00211-SMR

**Caption for Case Number: 25-2494**

Iowa Association of Business and Industry; Iowa Bankers Benefit Plan; Iowa Laborers District Council Health and Welfare Fund; Des Moines Orthopaedic Surgeons, P.C.; Iowa Spring Manufacturing & Sales Company

Plaintiffs - Appellees

v.

Iowa Insurance Commissioner, Commissioner - Doug Ommen

Defendant - Appellant

**Addresses for Case Participants: 25-2494**

Patrick Cannon Valencia
ATTORNEY GENERAL'S OFFICE
Hoover Building
1305 E. Walnut Street
Des Moines, IA 50319-0001

DeMario M. Carswell
MILLER & CHEVALIER
900 16th Street, N.W.
Washington, DC 20006

Clerk, U.S. District Court, Southern Iowa
U.S. DISTRICT COURT
Southern District of Iowa
P.O. Box 9344
Des Moines, IA 50306-0000

Ryan Gene Koopmans
KOOPMANS GROUP
500 E. Court Avenue
Des Moines, IA 50309

Kelli M Mulcahy
Room 115
123 E. Walnut
Des Moines, IA 50309-0000

Joanne Roskey
MILLER & CHEVALIER
900 16th Street, N.W.
Washington, DC 20006

Anthony F. Shelley
MILLER & CHEVALIER
900 16th Street, N.W.
Washington, DC 20006

Eric H. Wessan
ATTORNEY GENERAL'S OFFICE
Hoover Building
1305 E. Walnut Street
Des Moines, IA 50319-0001