# No. 25-2494

## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

Iowa Association of Business and Industry; Iowa Bankers Benefit Plan; Iowa Laborers District Council Health and Welfare Fund; Des Moines Orthopaedic Surgeons, P.C.; Iowa Spring Manufacturing & Sales Company,

*Plaintiffs-Appellees*

v.

Iowa Insurance Commissioner, Commissioner - Doug Ommen,

*Defendant-Appellant*

On Appeal from the United States District Court for the
Southern District of Iowa, No. 25-cv-0211 (Chief Judge Stephanie M. Rose)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1 and Eighth Circuit Local Rule 26.1A, each Plaintiff-Appellee states as follows:

**Iowa Association of Business and Industry** ("ABI") does not have any parent corporation, and there is no publicly held corporation that owns 10% or more of its stock. A list of ABI's members was filed on the docket at District Court ECF No. 19 and is attached hereto as Exhibit 1. Further, a "list of

contractors and agents currently utilized for plan administration" was filed at District Court ECF No. 55 and is attached hereto as Exhibit 2.

**Iowa Bankers Benefit Plan** does not have any parent corporation, and there is no publicly held corporation that owns 10% or more of its stock.

**Iowa Laborers' District Counsel Health and Welfare Fund** does not have a parent corporation, and there is no publicly held corporation that owns 10% or more of its stock.

**Des Moines Orthopaedic Surgeons, P.C.** does not have a parent corporation, and there is no publicly held corporation that owns 10% or more of its stock.

**Iowa Spring Manufacturing & Sales Company**'s parent corporation is The JKT Company LLC, a Nevada domestic limited-liability company. There is no publicly held corporation that owns 10% or more of its stock.

August 5, 2025                    Respectfully submitted,

  /s/ *Anthony F. Shelley*
Anthony F. Shelley
MILLER & CHEVALIER CHARTERED
900 Sixteenth St., NW
Washington, DC 20006
Telephone: (202) 626-5800
Email: ashelley@milchev.com

Ryan G. Koopmans
KOOPMANS LAW GROUP, LLC
500 East Court Ave., Suite 420
Des Moines, IA 50309
Telephone: (515) 978-1140
Email: ryan@koopmansgroup.com

*Counsel for Plaintiffs-Appellees Iowa Association of Business and Industry, Iowa Bankers Benefit Plan, Iowa Laborers District Council Health and Welfare Fund, Des Moines Orthopaedic Surgeons PC, and Iowa Spring Manufacturing & Sales Company*

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Patrick C. Valencia, Assistant Atty General
Eric H. Wessan, Assistant Atty General
Office of Iowa Attorney General
1305 E. Walnut Street
Des Moines, IA 50319
patrick.valencia@ag.iowa.gov
eric.wessan@ag.iowa.gov

*Counsel for Appellant*

   /s/ Anthony F. Shelley