IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| IOWA ASSOCIATION OF BUSINESS AND INDUSTRY, *et al.*,<br><br>    *Plaintiffs–Appellees*,<br><br>    v.<br><br>IOWA INSURANCE COMMISSIONER, Doug Ommen,<br><br>    *Defendant–Appellant.* | Case No. 25-2494<br><br><br>APPELLANT'S DESIGNATION OF APPENDIX METHOD, DESIGNATION OF RECORD, & STATEMENT OF ISSUES |

Defendant-Appellant Iowa Insurance Commissioner, Doug Ommen, submits the following designation and statement of issues under the Federal Rules of Appellate Procedure. This appeal follows from Case No. 4:25-cv-00211-SMR (S.D. Iowa).

## I.    Designation.

Defendant-Appellant and Plaintiffs-Appellees have conferred and agreed to the following joint designation of the record for the appendix, under Eighth Circuit Rule 30A:

*Iowa Association of Business and Industry, et al. v. Iowa Insurance Commissioner,* No. 4:25-cv-00211-SMR (S.D. Iowa):

- R. Docs. 1 and 1-1: Complaint (and Exhibit 1);
- R. Docs. 6 to 6-3: Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (and exhibits);

- R. Doc. 8: Defendant's Opposed Motion for Briefing Schedule and Hearing Regarding Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction;
- R. Doc. 17: Order Granting Plaintiffs' Motion for *Ex Parte* Temporary Restraining Order;
- R. Doc. 19: Plaintiffs' Notice of Iowa Association of Business and Industry Membership;
- R. Doc. 22: Order Extending Temporary Restraining Order and Setting Hearing on Preliminary Injunction;
- R. Docs. 31-1 to 31-7: Exhibits to Defendant's Opposition to Plaintiffs' Motion for Preliminary Injunction;
- R. Doc. 40: Sealed Document (Plaintiffs' Decl. of Chad J. Ellsworth and Exhibit);
- Excerpts of R. Docs. 43 to 43-30;
- R. Doc. 51: Plaintiffs' Supplemental Declaration of Bradley W. Bartle;
- R. Doc. 54: Order on Motion for Preliminary Injunction.

## II.   **Statement of Issues.**

Defendant intends to present the following issue on appeal:

1.     Whether the district court abused its discretion or otherwise erred when it granted in part Plaintiffs' motion for a preliminary injunction against Defendant's enforcement of Iowa Senate File 383.

Respectfully submitted,

BRENNA BIRD
Attorney General of Iowa

ERIC WESSAN
*Solicitor General*

/s/ *Patrick C. Valencia*
PATRICK C. VALENCIA
*Deputy Solicitor General*

Iowa Department of Justice
Hoover State Office Building
Des Moines, Iowa 50319
(515) 823-9117
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov
patrick.valencia@ag.iowa.gov

ATTORNEYS FOR DEFENDANT
APPELLANT

**CERTIFICATE OF SERVICE**

I certify that the foregoing was filed with the Clerk using the appellate CM/ECF system on August 12, 2025. All counsel of record are registered CM/ECF users, and service will be accomplished by the CM/ECF system.


August 12, 2025                  /s/ Patrick C. Valencia
                                 PATRICK C. VALENCIA
                                 *Deputy Solicitor General*

                                 *Counsel for Defendant Appellant*